# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GINA NEIL, | Case No. 5:22-cv-00072-KDB-DSC |
| Plaintiff, | Judge: Hon. Kenneth D. Bell |
| v. | |
| CARTIVA, INC.; WRIGHT MEDICAL GROUP, N.V.; STRYKER, B.V. | NOTICE OF VOLUNTARY DISMISSAL |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given that the above entitled action, and any and all claims therein, shall be, and hereby is, dismissed without prejudice. Each party will bear its own costs and fees.

DATED: September 9, 2022

Respectfully submitted,

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**

By:    */s/ Scott Harris*
Scott Harris, Esq.
sharris@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Fax: (919) 600-5035

*Attorney for Plaintiff*